**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-2389**

───────────

MARCUS S. PAYNE,

        Plaintiff - Appellant,

   and

ERIC C. PAYNE,

        Plaintiff,

     v.

DOROTHY DIRTON-HILL; BROADUS F. JONES; DAISY E. JONES;
FLETCHER ANDERSON; ADALYNN C. PAYNE, a/k/a Adalynn C.
Joyner; JOHN DOE,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (6:08-cv-01924-GRA)

───────────

Submitted:  February 26, 2009      Decided:  March 3, 2009

───────────

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Marcus S. Payne, Appellant Pro Se.  Dorothy Dirton-Hill; Broadus
F. Jones; Daisy E. Jones; Adalynn C. Payne, Appellees Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus S. Payne appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny Payne's motions to supplement the record and for equal consideration and affirm for the reasons stated by the district court. Payne v. Dirton-Hill, No. 6:08-cv-01924-GRA (D.S.C. Dec. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED